# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| IGOR DOKTOROVICH, | No. CV 09-2633-DDP (PLA) |
| Plaintiff, | |
| v. | **ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |
| SHERIFF LEROY BACA, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's report and recommendation. The Court agrees with the recommendations of the magistrate judge.

ACCORDINGLY, IT IS ORDERED:

1. The report and recommendation is adopted.

/
/
/
/
/
/

2. Judgment be entered dismissing this action without prejudice for failure to prosecute and follow court orders.

3. The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED: December 10, 2009

_____
HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE