UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IGOR DOKTOROVICH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SHERIFF LEROY BACA, et al.,<br><br>　　　　　Defendants. | No. CV 09-2633-DDP (PLA)<br><br>**JUDGMENT** |

Pursuant to the order adopting magistrate judge's report and recommendation, IT IS ADJUDGED that this action is dismissed without prejudice for failure to prosecute and follow court orders.

DATED:  December 10, 2009

　　　　　　　　　　　　　　　　　　　　／s／ Dean D. Pregerson
　　　　　　　　　　　　　　　　　　　HONORABLE DEAN D. PREGERSON
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE